428 A.2d 688

Commonwealth v. Bortz, Appellant.

Submitted June 27, 1978. David A. Binder, for appellant; John B. Stevens, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Order affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

428 A.2d 688

Commonwealth v. Brewer, Appellant.

Petition for Allowance of Appeal Denied May 13, 1981.

Petition for Allowance of Appeal Denied Nov. 9, 1981.

Submitted September 13, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; John A. Kenneff, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Affirmed.